HONORABLE RONALD B. LEIGHTON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| AMERICAN COMMERCE INSURANCE COMPANY,<br><br>                     Plaintiff,<br><br>            v.<br><br>JEFFREY A. STEWART, a single man,<br><br>                     Defendant. | No. 3:10-cv-05240-RBL<br><br>ORDER ON MOTION TO INTERVENE [Dkt. #8] |

This matter is before the Court on William Lee's and Dawn Smith's Motion to Intervene [Dkt. #8]. Applicants Lee and Smith ("Applicants") request intervention under Fed. R. Civ. P. 24. Plaintiff and Defendant do not oppose Applicants' Motion to Intervene. Applicants' Motion to Intervene is GRANTED. Applicants' request for leave to serve and file the Answer, Affirmative Defense and Counterclaim is GRANTED. Applicants are requested to respond to Defendant's Motion to Stay [Dkt. #22] by Friday, July 2, 2010.

**IT IS SO ORDERED.**

Dated this 25th day of June, 2010.

*/s/ Ronald B. Leighton*
RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

ORDER - 1