HONORABLE RONALD B. LEIGHTON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| AMERICAN COMMERCE INSURANCE COMPANY,<br><br>                       Plaintiff,<br><br>         v.<br><br>JEFFREY A. STEWART, a single man,<br><br>                       Defendant. | No. 3:10-cv-05240-RBL<br><br>ORDER ON DEFENDANT'S MOTION FOR RECONSIDERATION [Dkt. #36] |

This matter is before the Court on Defendant's Motion for Reconsideration of the Court's Order Denying Defendant's Motion to Stay [Dkt. #36]. The Court has reviewed and considered the Motion.

Under Local Rule 7, Motions for Reconsideration are disfavored, and will ordinarily be denied absent a showing of manifest error, or a new factual or legal basis which could not have been raised earlier. Local Rule 7(h). This standard has not been met in this case, and the Court will not Reconsider its prior ruling [Dkt. #35].

It is ORDERED that Defendant's Motion for Reconsideration [Dkt. #36] is DENIED.

**IT IS SO ORDERED.**

Dated this 27th day of July, 2010.

```
                              RONALD B. LEIGHTON
                              UNITED STATES DISTRICT JUDGE
```

ORDER - 1