HONORABLE RONALD B. LEIGHTON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| AMERICAN COMMERCE INSURANCE COMPANY, | Case No. C10-5240RBL |
| Plaintiff, | |
| v. | ORDER DENYING PLAINTIFF'S MOTIONS FOR RECONSIDERATION |
| JEFFREY A. STEWART, a single man, | |
| Defendant. | |

This matter is before the Court on Plaintiff's Motion for Reconsideration [Dkt. #42] and Motion for Relief From the Court's Order Granting Motion for Summary Judgment [Dkt. #48].  The Court has reviewed and considered the Motions.  They are in substance, both motions for reconsideration.

Under Local Rule 7, Motions for Reconsideration are disfavored, and will ordinarily be denied absent a showing of manifest error, or a new factual or legal basis which could not have been raised earlier.  Local Rule 7(h).  This standard has not been met in this case, and the Court will not reconsider its prior ruling [Dkt. #39].

It is **ORDERED** that Plaintiff's Motion for Reconsideration [Dkt. #42] and the Motion for Relief From the Court's Order Granting Motion for Summary Judgment [Dkt. #48] are **DENIED.**

DATED this 15th day of September, 2010.

*/s/ Ronald B. Leighton*
RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

ORDER
Page - 1