THE HONORABLE RONALD B. LEIGHTON

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON
# IN TACOMA

| | |
|---|---|
| AMERICAN COMMERCE INSURANCE COMPANY,<br><br>　　　　　Plaintiff,<br>　　v.<br><br>JEFFREY A. STEWART, a single man,<br><br>　　　　　Defendant. | No. 10-cv-05240-RBL<br><br>STIPULATION REGARDING DEFENDANT'S DISMISSAL OF EXTRA-CONTRACTUAL COUNTERCLAIMS WITH PREJUDICE AND WITHOUT COSTS AND REQUEST FOR ENTRY OF FINAL JUDGMENT PURSUANT TO FRCP 54 |

IT IS HEREBY STIPULATED by and between the parties to this action through their designated counsel that Defendant Jeffrey A. Stewart dismisses his extra-contractual counterclaims against Plaintiff American Commerce Insurance Company in the above-captioned action with prejudice and without an award of costs pursuant to FRCP 41(a)(1)—specifically those causes of action enumerated "Causes of Action 3, 4, 5, and 6" which are stated in Defendant's Revised First Amended Answer, Affirmative Defenses, and Counterclaims, *Dkt. No. 41*.

STIPULATION REGARDING DEFENDANT'S DISMISSAL OF EXTRA-CONTRACTUAL COUNTERCLAIMS WITH PREJUDICE AND WITHOUT COSTS AND REQUEST FOR ENTRY OF FINAL JUDGMENT PURSUANT TO FRCP 54 - 1

CASE #10-cv-05240-RBL

Harper | Hayes PLLC
One Union Square
600 University Street, Suite 2420
Seattle, Washington 98101
Telephone: 206-340-8010
Facsimile: 206-260-2852

1  All claims between Plaintiff American Commerce Insurance Company and
2  Defendant Jeffrey A. Stewart, having now been fully adjudicated or disposed of, the parties
3  hereby request that the Court enter Final Judgment in the matter.

4  DATED this 21st day of September, 2010.

5  HARPER | HAYES PLLC

6  By:/s/
   Gregory L. Harper, WSBA No. 27311
7  Andre V. Egle, WSBA No. 34687
   Attorneys for Defendant

8  DATED this 21st day of September, 2010.

9  COLE LETHER WATHEN LEID & HALL PC

10 By:/s/
   Rick J. Wathen, WSBA #25539
11 Attorneys for Plaintiff

## ORDER

Based upon the foregoing stipulation of the parties and as a result of this Court's prior orders entered in this case, all claims between Plaintiff American Commerce Insurance Company and Defendant Jeffrey A. Stewart, have now been fully adjudicated and disposed of. IT IS HEREBY ORDERED that Final Judgment shall be entered in this case in favor of Plaintiff pursuant to FRCP 54(b), as of the date of this Order.

SO ORDERED this 24th day of September, 2010.

_____
RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

STIPULATION REGARDING DEFENDANT'S DISMISSAL OF EXTRA-CONTRACTUAL COUNTERCLAIMS WITH PREJUDICE AND WITHOUT COSTS AND REQUEST FOR ENTRY OF FINAL JUDGMENT PURSUANT TO FRCP 54 - 2

CASE #10-cv-05240-RBL

Harper | Hayes pllc
One Union Square
600 University Street, Suite 2420
Seattle, Washington 98101
Telephone: 206-340-8010
Facsimile: 206-260-2852